## BROMBERG & SON *v.* HYDE & GOODRICH.

For the deprivation of the use and occupation of a store, on a claim for consequential damages, plain_tiffs must establish the facts, and also the extent of damages suffered thereby.

APPEAL from the Fifth District Court of New Orleans, *Eggleston*, J. *A. Robert* for defendants and appellants. *Michel & Koontz* for plaintiffs.

JONES, J. The plaintiffs sue defendants for the use and occupation of a certain store, of which it is alleged that they were illegally deprived of the use and possession by the defendants. Consequential damages are also claimed in the petition. The defence is a general denial. Collateral issues have been presented, which we shall wholly disregard.

In order to entitle the plaintiffs to a recovery, they must establish that, under the law and the evidence, they were entitled to the store in controversy; and that defendants, by their illegal acts, deprived the plaintiffs of the enjoyment and possession thereof, and also the extent of damages suffered thereby. The right of the plaintiffs to the possession is establised beyond controversy, and the enfringment of that right is fully established by the evidence, to the extent of the judgment obtained in the lower Court. It is, therefore, ordered that judgment be affirmed.

LABAUVE and HOWELL, J. J., absent.

---

## P. J. COCKBURN *v.* J. R. GROVES & CO.

Where the appellee dce, not claim damages *by his answer* for a frivolous appeal, none can be granted,

APPEAL from the Fourth District Court of New Orleans, *Price*, J. *A. G. Semmes*, for plaintiff. *Hays & Adams* and *E. W. Moise* for defendants.

ILSLEY, J. The defendant James M. Wilson, endorser of a draft drawn by J. T. Semmes, on J. R. Groves & Co., and by them accepted, has appealed from the judgment rendered against him in said suit by the Fourth District Court of New Orleans.

The draft was not paid by the acceptors, whereupon it was duly protested for non-payment, and legal notice thereof served on the defendant Wilson, in person.

The appeal is a frivolous one, taken solely for delay; but, as the appellee has not claimed damages *by his answer*, as required by Art. 907 C. P., we cannot condemn the defendant to pay any.

It is therefore ordered, adjudged and decreed, that the judgment of the Court below be affirmed, with costs, and that the appellant pay the costs of appeal.

HOWELL, J., absent.